In the Matter of DAVID MARSH.

MOTION for a *mandamus*, &c. directing the judges of the Court of Common Pleas of *Onondaga*, to vacate a rule or order made by that Court to quash an appeal filed therein, in which *David Marsh* was appellant, and *Benjamin Pearce* respondent. It appeared that *Pearce*, in a suit before a justice of the peace, against *Marsh*, recovered a verdict for twenty-five dollars, on which the justice gave judgment for thirty dollars and ninety-eight cents. *Marsh*, under the " act to extend the jurisdiction of justices of the peace," appealed to the Court of Common Pleas of the county ; and the parties having appeared on the appeal, the counsel for the respondent moved that the appeal be quashed, on the ground that it appeared, from the return of the justice, that the verdict and judgment were for no more than twenty-five dollars, exclusive of costs. The Court of C. P. granted an order quashing the appeal.

*Per Curiam.* The act (sess. 41. ch. 94. s. 17.) says, that where on issue joined before a justice, in a suit brought under the act, judgment shall be rendered, " either by verdict or without a jury trial, for *above* the sum of twenty-five dollars," the party conceiving himself aggrieved, may appeal to the Court of Common Pleas. The object of the act was to extend the jurisdiction of justices of the peace to cases where the damages or thing demanded, exceeded twenty-five dollars, but not exceeding fifty dollars ; and to afford a remedy by *appeal*, in such case, as a *certiorari* would not lie. The verdict, in this case, is for twenty-five dollars only ; and it is the amount of the verdict or judgment, exclusive

Under the " act to extend the jurisdiction of justices of the peace," (sess. 41. ch. 94.) no appeal lies to the Court of Common Pleas, unless the amount of the verdict or judgment rendered, exceeds the sum of twenty-five dollars, exclusive of costs.

of costs, that determines the right of appeal, and that must be above the sum of twenty-five dollars. The order of the court below was, therefore, correct; and the motion must be denied, with costs.

Motion denied, with costs.